FILED:  April 3, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-7184
(0:23-cv-02811-TMC)

_____

TITO LEMONT KNOX,

            Petitioner – Appellant,

v.

JEFFREY KRUEGER,

            Respondent – Appellee.

_____

O R D E R

_____

The court amends its opinion filed April 2, 2024, as follows:

On the cover page, the Decided date is changed to April 2, 2024.

For the Court—By Direction

/s/ Nwamaka Anowi, Clerk